**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-2167**

———————

SHARON L. BLOUNT,

Plaintiff - Appellant,

versus

TOMMY G. THOMPSON, SECRETARY, UNITED STATES
DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Peter J. Messitte, District Judge.
(CA-03-2042)

———————

Submitted:  January 26, 2005      Decided:  February 23, 2005

———————

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Sharon L. Blount, Appellant Pro Se. Ariana Wright Arnold, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Sharon L. Blount appeals the district court's order awarding summary judgment to Defendant in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Blount v. Thompson, No. CA-03-2042 (D. Md. filed Aug. 24, 2004 & entered Aug. 25, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED